IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HAROLD L. MORRIS, JR.,**

    Plaintiff,

v.     No. 10-cv-0050 LH/SMV

**SOUTHWEST COUNSELING CENTER, INC., et al.,**

    Defendants.

## ORDER DIRECTING CLERK TO MAIL CERTAIN DOCUMENTS

The Court notes that notice and waiver of service forms have never been sent to Defendants Doña Ana County; Prison Health Services, Inc.; or to CMS, Inc. The Clerk is directed to send such forms, along with [Docs. 1, 10, 14, 18, 22], to each of them.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**