IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HAROLD L. MORRIS, JR.,**

    Plaintiff,

v.                                                                                                    No. 10-cv-0050 LH/SMV

**SOUTHWEST COUNSELING CENTER, INC., et al.,**

    Defendants.

### ORDER GRANTING MOTION FOR COPIES AND EXTENSION OF TIME

THIS MATTER is before the Court on Plaintiff's Letter [Doc. 81], filed on December 19, 2012. Plaintiff indicates that he never received [Docs. 61, 62] and requests copies of the same. Plaintiff further requests an extension of 30 days "to respond to these [d]ocuments." Letter [Doc. 81] at 1. The relevant documents are Prison Health Services, Inc.'s Motion to Dismiss [Doc. 61] and supporting brief [Doc. 62]. They were filed on October 12, 2012. Thus, any response was due October 29, 2012. The Court will grant both requests.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the requests contained in Plaintiff's Letter [Doc. 81] are **GRANTED**. The Clerk is directed to mail copies of [Docs. 61, 62] to Plaintiff. Plaintiff may have until **January 21, 2013**, to respond.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**