IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HAROLD L. MORRIS, JR.,**

    **Plaintiff,**

**v.**                                            **No. 10-cv-0050 LH/SMV**

**SOUTHWEST COUNSELING CENTER, INC., et al.,**

    **Defendants.**

## ORDER DENYING PLAINTIFF'S MOTION FOR PRETRIAL CONFERENCE

THIS MATTER is before the Court on Plaintiff's Combined Motion Notifying of Reversion [sic] of Address and Request for Pre Trial Conference Setting [Doc. 109] ("Motion"), filed July 25, 2013. Plaintiff requests a pretrial conference. However, this case is excluded from pretrial case management requirements. *See* D.N.M.LR-Civ. 16.3(d). Moreover, the Court is currently reviewing Defendant Walton's *Martinez* Report [Doc. 93]. The Court, therefore, FINDS that the Motion is not well-taken and should be denied.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Combined Motion Notifying of Reversion [sic] of Address and Request for Pre Trial Conference Setting [Doc. 109] is **DENIED**.

**IT IS SO ORDERED**.

                                                    **STEPHAN M. VIDMAR**
                                                    **United States Magistrate Judge**