IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HAROLD L. MORRIS JR.,

    Plaintiff,

v.                                                      CIV No. 10-050 LH/SMV

SW. COUNSELING CTR., INC., et al.,

    Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition with Respect to Claims Against Defendant Walton [Doc. 111] ("PF&RD"), issued on August 5, 2013. On reference by the Court, [Doc. 47], the Honorable Stephan M. Vidmar, United States Magistrate Judge, found that Plaintiff failed to exhaust his administrative remedies with regard to the claims against Defendant Walton. [Doc. 111]. Thus, he recommended that such claims be dismissed without prejudice. *Id.* No party objected to the PF&RD, and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJDUGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition with Respect to Claims Against Defendant Walton [Doc. 111] are **ADOPTED**. All claims against Defendant Walton are **DISMISSED without prejudice**;

    **IT IS SO ORDERED.**

                                                  _____
                                                  SENIOR UNITED STATES DISTRICT JUDGE