IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HAROLD L. MORRIS JR.,

    Plaintiff,

v.    CIV No. 10-050 LH/SMV

SW. COUNSELING CTR., INC., et al.,

    Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition with Respect to Claims Against Defendant Rodgers [Doc. 113] ("PF&RD"), issued on August 6, 2013. On reference by the Court, [Doc. 47], the Honorable Stephan M. Vidmar, United States Magistrate Judge, found that Plaintiff failed to exhaust his administrative remedies with regard to the claims against Defendant Rodgers. [Doc. 113]. Thus, he recommended that such claims be dismissed without prejudice. *Id.* No party objected to the PF&RD, and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJDUGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition with Respect to Claims Against Defendant Rodgers [Doc. 113] are **ADOPTED**. All claims against Defendant Rodgers are **DISMISSED without prejudice**;

    IT IS SO ORDERED.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**