IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HAROLD L. MORRIS JR.,**

    **Plaintiff,**

**v.**                                                                       **CIV No. 10-0050 LH/SMV**

**SW. COUNSELING CTR., INC., et al.,**

    **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition Regarding Defendant Baca and Defendant Valdez [Doc. 114] ("PF&RD"), issued on August 9, 2013.  On reference by the Court, [Doc. 47], the Honorable Stephan M. Vidmar, United States Magistrate Judge, found that Defendants were entitled to qualified immunity on Plaintiff's claims against them.  [Doc. 114].  Thus, he recommended that the claims against Defendants Baca and Valdez be dismissed with prejudice. *Id.*  No party objected to the PF&RD, and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJDUGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition Regarding Defendant Baca and Defendant Valdez [Doc. 114] are **ADOPTED**.

**IT IS FURTHER ORDERED** that all claims against Defendants Baca and Valdez are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that because no claims or defendants remain, this action is **DISMISSED**.

**IT IS SO ORDERED.**

_____
**SENIOR UNITED STATES DISTRICT JUDGE**